UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 08 1994
Michael N. Milby, Clerk

| | |
|---|---|
| MESA RIDGE APARTMENTS, INC. § | |
| § | |
| V. § | C.A. H-94-0592 |
| § | |
| BANK UNITED OF TEXAS, FSB, § | |
| DEFENDANT and FEDERAL DEPOSIT § | |
| INSURANCE CORPORATION, § | |
| INTERVENOR § | |

## ORDER GRANTING FDIC'S MOTION FOR SIXTY-DAY STAY

ON THIS DAY came on to be considered the Motion of Federal Deposit Insurance Corporation, as Manager of the FSLIC Resolution Fund (the "FDIC-Manager"), for a sixty-day stay pursuant to 12 U.S.C. §§ 1821a(a)(4) and 1823(c)(2)(C). The Court finds that the Motion is well founded and should be granted as follows:

IT IS THEREFORE ORDERED that this litigation is stayed as to all parties for a period of sixty (60) days from the date that this Order is entered on the docket. The April 15, 1994 conference is rescheduled to June 23, 1994, at 8:45 a.m.

SIGNED this 5th day of April, 1994.

_____
UNITED STATES DISTRICT JUDGE

PLEASE RETURN A COPY TO:

Candice E. Sayre
SHANNON, MARTIN, FINKELSTEIN & SAYRE
1300 Citicorp Center
1200 Smith
Houston, Texas 77002

