IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 07 1994

Michael N. Milby, Clerk

| | |
|---|---|
| MESA RIDGE APARTMENTS, INC. | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| vs. | §     CIVIL ACTION NO. H-94-592 |
| | § |
| FDIC | § |
| | § |
| Defendant. | § |

## SCHEDULING ORDER

1. **August 1, 1994**     **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. **October 1, 1994**     Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions.

2b. **November 1, 1994**     Defendant will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions.

3. **February 1, 1995**     **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.

4. **March 1, 1995**     **MOTIONS DEADLINE**

**JOINT PRETRIAL ORDER**

5a. **May 16, 1995**     THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc)

5b. **May 19, 1995**     THE PLAINTIFF is responsible for filing the pretrial order on this date.



4:94-cv-00592

9    ym    07/07/94

6.  __May 26, 1995__     **DOCKET CALL** is set at 1:30 p.m. in Courtroom 10B. Case is subject to being called to trial on short notice during the following month.

**TRIAL**

7a.  __5 days__     Estimated days to try

7b.  __Bench__     Trial to be jury or non-jury


SIGNED this 1st day of July, 1994.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE