

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 29 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| MESA RIDGE APARTMENTS, INC. | § | |
| | § | |
| VS. | § | C.A. NO. H-94-0592 |
| | § | |
| BANK UNITED OF TEXAS FSB and | § | |
| FEDERAL DEPOSIT INSURANCE | § | |
| CORPORATION | § | |

30

## RULE 41(A) AGREED STIPULATION OF DISMISSAL

Plaintiff Mesa Ridge Apartments, Inc. and defendants Bank United of Texas FSB and Federal Deposit Insurance Corporation announce to the court that they desire to dismiss their respective claims under Rule 41(A) of the Federal Rules of Civil Procedure. The parties stipulate that:

    1.    Plaintiff and defendants dismiss their respective claims with prejudice; and

    2.    Each party shall bear its own costs of court.

SIGNED: the 29th day of August, 1995.

_____
UNITED STATES DISTRICT COURT JUDGE

I:\U\CESAYRE\2735\0016\stip41.dis

FOR IDENTIFICATION:

SHANNON, MARTIN, FINKELSTEIN & SAYRE
A Professional Corporation

By: _____
Candice E. Sayre
Southern Distract No. 2150
State Bar No. 17697800
1300 Two Allen Center
1200 Smith Street
Houston, Texas 77002
(713) 646-5504 (Telephone)
(713) 752-0337 (Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANTS

ADMAS, ADAMS & ROKOHL

By: _____
Bruce A. Rokohl
State Bar No. 17208800
17010 Sugar Pine Drive
Houston, Texas 77090
(713) 444-2990 (Telephone)
(713) 444-2997 (Facsimile)

ATTORNEY IN CHARGE FOR PLAINTIFF

I:\U\CESAYRE\2735\0016\stip41.dis    2